Dees v. Knox. The appellees are on submission, and we have Ms. Dees on Zoom here. Ms. Dees, are you able to hear me okay? I am, thank you, Your Honor. All right, so you can begin whenever you're ready. You have five minutes. All right, thank you. Good morning, Your Honor. Hold on one second. There we go. Okay, the time is correct now. Go ahead. Okay, the two most important words today are jurisdiction and immunity. And unfortunately, in the Smith v. Smith case, which began in June 2020, these principles have been egregiously manipulated. Jurisdiction and immunity are closely connected. One cannot exist without the other. The state actors involved forfeited their immunity when they unlawfully assigned AFCs on August 3, 2020 to a private matrimonial matter under indigent pay, despite neither party applying or being approved as indigent. This abuse of power violated the separation of powers, misusing taxpayer funds to manipulate the case for federal Title IV-D incentives. For the past four years, they have continued to pay two AFCs and an 18B assigned counsel for defendant Smith, all while Mr. Smith represents himself pro se. As a result, every order issued over the past four years is void ab initio. The defendants further conspired to issue extortionate and fraudulent child support orders without ever conducting a hearing, which brought into the case from the very beginning. That hearing still has not been held 4.5 years later, yet they have improperly suspended Mr. Smith's driver's license as a penalty, despite having no jurisdiction. State actors continue to make rulings and issue orders beyond their jurisdiction, most recently February 5. We have repeatedly sought redress through the higher courts, filing Article 78's writ of prohibition to the 3rd Department. Unfortunately, each time our efforts have been obstructed. Our January 2025 request for an injunction to do a OSC and affidavit from the record after denying it as if it never existed to cover up the wrongdoing. The judicial defendants conspired together to unlawfully force me out of the home in 2022, despite having no jurisdiction, leading to the tragic loss of our unborn baby. Their indifference to our safety and failure to take protective action directly contributed to this devastating outcome and is the reason they have doubled down to cover it up. They also attempted to cover up the crimes of Defendant Smith, who was improperly granted immunity by the District Court despite acting as a private actor. While holding no jurisdiction, they worked in concert intentionally destroying the parent-child bond between Mr. Smith and his two older children, and they actively remain on the case, continuing the efforts to sever his bond with his youngest. They have consistently, and as recent as January 24th, denied him ADA accommodations and discriminated against me in my role as an ADA advocate. Since January 2024 and the filing of this case, I have been subjected to violence twice within New York courts. Despite clear video evidence, the police have refused to press charges and the District Attorney, both part of this lawsuit, have shielded perpetrators from accountability. The judges who were presiding did nothing to protect us, further showing their indifference and willingness to let the injustice continue. At this point, we have no recourse in the state courts or through local law enforcement. These actions are not mere negligence. They are deliberate and willful criminal acts carried out without jurisdiction, designed to retaliate against federal victims and witnesses. The record proves the defendants don't just think they're above state law, they believe they're above federal law as well. They all believe they are immune from accountability and have stated as much on the record. These actions reflect an abuse of power and betrayal of the public trust. Honorable judges, this case is not just about seeking justice for ourselves, it's about ensuring that no one, no matter their position, is above the law. The actions taken by the defendants in the absence of both jurisdiction and rightful immunity have caused immeasurable harm. Their continued involvement in this case undermines the very foundation of fairness and accountability, setting a very dangerous precedent. We ask that you remove their immunity and acknowledge the lack of jurisdiction so that justice may finally be served. We further respectfully ask this court to remand the case back to the lower court under different judges, giving us the opportunity to update our complaint to add new defendants and claims, especially those related to the continuing and ongoing retaliation that has only worsened since we filed this lawsuit. We believe it is crucial that the defendants be required to represent themselves instead of the district court continuing to advocate for them, which creates a clear conflict of bias. Thank you for your time and consideration. Thank you. We appreciate your arguments, and we will take them under very serious consideration. I also appreciate you staying within the time. I know you had a lot to cover there, and you did it in exactly five minutes, so we appreciate that. All right. As you know, the appellees are on submission, so it was a reserved decision. Thank you. Have a good day. Thank you. Thank you both.